United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Harvey Halbert Auten  
    Debtor(s)

Case No. 20-00578-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 19, 2020      Form ID: pdf010      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

**Recip ID**      **Recipient Name and Address**  
                   CARINA M AUTEN, 1791 EASTON TPKI, LAKE ARIEL, PA 18436

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Roger Mattes, Jr | on behalf of Debtor 1 Harvey Halbert Auten matteslaw@epix.net joan.bird@frontier.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | | |
|---|---|---|
| IN RE: | : | |
| HARVEY HALBERT AUTEN | : | BK. No. 5:20-bk-00578-RNO |
| Debtor | : | |
| | : | Chapter No. 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
| Movant | : | |
| v. | : | |
| HARVEY HALBERT AUTEN | : | |
| CARINA M. AUTEN (Non-filing Co-Debtor) | : | 11 U.S.C. §362 AND §1301 |
| Respondents | : | |

## ORDER

Upon consideration of the Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), and the Debtor's Answer thereto, after hearing held on November 19, 2020, at which none of the parties appeared, it is:

**ORDERED AND DECREED:** that the Motion is DENIED for want of prosecution.

Dated: November 19, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge  BI