# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    HARVEY HALBERT AUTEN<br>                 Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>                 Movant<br>vs.<br>HARVEY HALBERT AUTEN<br>                 Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-20-00578-RNO |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 25, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on August 11, 2020.

2. A hearing was held and an Order was entered on November 4, 2020 denying confirmation of amended plan.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                   Respectfully submitted,

                                                   s/   Agatha R. McHale, Esq.
                                                   Id:   47613
                                                   Attorney for Trustee
                                                   Charles J. DeHart, III
                                                   Standing Chapter 13 Trustee
                                                   Ste. A, 8125 Adams Drive
                                                   Hummelstown, PA   17036
                                                   Ph.   717-566-6097
                                                   Fax. 717-566-8313
                                                   eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: HARVEY HALBERT AUTEN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-20-00578-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

This hearing will be held telephonically using Courtcall.

Date: March 3, 2021

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Email:   dehartstaff@pamd13trustee.com

Dated:  January 25, 2021

IN RE:  HARVEY HALBERT AUTEN

|  |  |
|---|---|
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13 |
| HARVEY HALBERT AUTEN | |
| | CASE NO: 5-20-00578-RNO |
| Respondent(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 25, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| ROGER MATTES, JR, ESQUIRE<br>UPRIGHT LAW, LLC<br>324 NORTH WASHINGTON AVE<br>SCRANTON, PA   18503-1578 | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| HARVEY HALBERT AUTEN<br>1791 EASTON TURNPIKE<br>LAKE ARIEL, PA   18436 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   January 25, 2021

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: HARVEY HALBERT AUTEN

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| HARVEY HALBERT AUTEN | CASE NO: 5-20-00578-RNO |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.