United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Harvey Halbert Auten

    Debtor

Case No. 20-00578-RNO

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harvey Halbert Auten, 1791 Easton Turnpike, Lake Ariel, PA 18436-4229 |
| 5302493 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 5311079 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5322443 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5302495 | + | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mt Laurel Township, NJ 08054-1210 |
| 5302496 | + | Freedom Mortgage Corp., 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054-1210 |
| 5310298 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5302498 | + | Northeast Rehab Asso, 5 Morgan Hwy #4, Scranton, PA 18508-2641 |
| 5302500 | + | Service Credit Union, PO Box 1653, Portsmouth, NH 03802-1653 |
| 5302503 | + | Wells Fargo Bank N A, PO Box 5104, Sioux Falls, SD 57117-5104 |
| 5322441 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5302497 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2021 18:47:00 | IRS, PO BOX 219236, KANSAS CITY, MO 64121 |
| 5302494 | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 03 2021 19:06:02 | Chase Bank, 270 Park Ave, New York City, NY 10017 |
| 5302499 | + Email/Text: bkrgeneric@penfed.org | Mar 03 2021 18:47:00 | Pentagon Federal Credit Union, 7940 Jones Branch Drive, McLean, VA 22102-3381 |
| 5302502 | + Email/Text: meronem@wmh.org | Mar 03 2021 18:47:00 | Wayne Memorial Hospital, 601 Park Street, Honesdale, PA 18431-1498 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5302501 | | Unknown, Unknown, Unknown, Unknown, PA 18436 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021                    Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Jerome B Blank | |
| | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Roger Mattes, Jr | |
| | on behalf of Debtor 1 Harvey Halbert Auten matteslaw@epix.net  joan.bird@frontier.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HARVEY HALBERT AUTEN

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| HARVEY HALBERT AUTEN | CASE NO: 5-20-00578-RNO |
| Respondent(s) | |

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case Because Plan is Unconfirmable, after hearing held on March 3, 2021, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED.

Dated:   March 3, 2021

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge   BI